FILED
08 APR -1 AM 9:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0965

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Perry Franklin SMITH III** Defendant. | Magistrate Case No. ____ COMPLAINT FOR VIOLATION OF Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **March 28, 2008**, within the Southern District of California, defendant, **Perry Franklin SMITH III** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Maria De Jesus CHAVEZ-Duarte, Dalila VALENCIA-Villegas and Veronica ROJO-Rios**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1ST** DAY OF **APRIL, 2008**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Eric M. Velazquez, declare under penalty of perjury the following to be true and correct:

The complainant states that **Maria De Jesus CHAVEZ-Duarte, Dalila VALENCIA-Villegas and Veronica ROJO-Rios** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial thereof by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On 03/28/2008 at about 2034 hours Perry Franklin SMITH III (Defendant) applied for entry into the United States from Mexico as the driver of a 2001 Chevrolet Silverado 1500 truck through the San Ysidro Port of Entry. Defendant was also towing a 1989 Jayco trailer. Defendant was the sole visible occupant of the vehicle. Defendant gave a negative Customs declaration to a Customs and Border Protection (CBP) Officer. Defendant presented a counterfeit State of Arizona driver license bearing his name and photograph as proof of identity. The CBP Officer requested the vehicle's registration and noticed Defendant's hands were shaking when Defendant gave him the document. The CBP Officer noticed that the vehicle's registration was counterfeit. The CBP Officer also noticed the license plates on the truck were counterfeit. The CBP Officer escorted Defendant and the vehicle to secondary for further inspection.

In secondary, a CBP Officer entered the Jayco trailer and discovered a non-factory compartment under the back seat of the trailer. The CBP Officer removed a piece of plywood and discovered three females concealed in the non-factory compartment of the trailer. All three females admitted being citizens of Mexico with no documents to enter or reside in the United States. The three concealed undocumented aliens and are now the Material Witnesses (MW) in the case: **Maria De Jesus CHAVEZ-Duarte (MW1), Dalila VALENCIA-Villegas (MW2) and Veronica ROJO-Rios (MW3).**

During a videotaped proceeding, Defendant was advised of his Miranda Rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. Defendant admitted knowing three females were concealed in the Jayco trailer he was towing. Defendant admitted he was to deliver the vehicle, trailer and aliens to the National City Walmart. Defendant admitted he was to receive $700.00 (USD) for the smuggling act. Defendant admitted knowing smuggling aliens into the United States is against the law.

Separate videotaped interviews were conducted with Material Witnesses. All Material witnesses admitted being citizens of Mexico with no documents to enter or reside in the United States. All Material Witness stated they were going to various locations in California to seek employment. None of the Material Witnesses knew how much they were to pay to be smuggled into the United States.

**Continuation of Probable Cause Statement**
**United States vs. Perry Franklin SMITH III**

**EXECUTED ON THIS 29TH DAY OF MARCH 2008 AT 11:00 AM.**

07471

Eric M. Velazquez / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) page(s), I find probable cause to believe that the defendant named therein committed the offense on **March 28, 2008** in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE

3/28/08 12:40pm
DATE / TIME