RECEIVED
2008 APR -8 P 3: 06
U.S. MARSHAL
SOUTHERN DISTRICT OF CAL.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

vs.

Perry Franklin Smith III

Defendant(s)

CRIMINAL NO. 08MJ965-AJB

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria de Jesus Chavez-Duarte

DATED: 4/08/08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ________________
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082