RECEIVED

UNITED STATES DISTRICT COURT

2008 APR 8

SOUTHERN DISTRICT OF CALIFORNIA

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | CRIMINAL NO. 08MJ965-AJB |
| vs. | ) | ORDER |
| Perry Franklin Smith III | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Veronica Rojo-Rios

DATED: 4/08/08

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk